Filed 12/11/24  In re J.E. CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

|  |  |
|---|---|
| In re J.E., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B335592 (Super. Ct. No. FJ57947) (Los Angeles County) |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>J.E.,<br><br>    Defendant and Appellant. | |

J.E. had a rough youth.  By age 15 he had been a victim of neglect, sexual and physical abuse, and human trafficking.  He was homeless and in a criminal street gang.  He had no family in the United States.

On July 4, 2022, J.E. got into physical fight with a man at a liquor store.  During the fight J.E. picked up a knife and stabbed the man in the neck.  The man died from his wound.  Police arrested J.E. two days later.

After his arrest J.E. had myriad problems in juvenile hall. He eventually admitted an allegation that he committed voluntary manslaughter. (Pen. Code, § 192, subd. (a).) The juvenile court declared him a ward of the court and ordered him committed to a secure youth treatment facility, deeming less-restrictive alternatives unsuitable based on his performance in juvenile hall. It set his maximum term of confinement at six years, with a baseline commitment of five years.

We appointed counsel to represent J.E. in this appeal. After counsel examined the record, she filed an opening brief that raises no arguable issues. On September 24, 2024, we advised J.E. that he had 30 days to submit any contentions or issues he wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that J.E.'s attorney fully complied with her responsibilities and that no arguable issue exists. (*In re Kevin S.* (2003) 113 Cal.App.4th 97, 117-119.)

The jurisdiction and disposition orders, entered July 17, 2023, and January 4, 2024, respectively, are affirmed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

GILBERT, P. J.          CODY, J.

2

Christina L. Hill, Judge

Superior Court County of Los Angeles

_____

Courtney M. Selan, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.